# Exhibit A

------------------------------------------

NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-2

                                          SUMMONS (ORIGINAL)
                           Plaintiff

         -against-

DOMINIQUE CRUZ                            The basis of venue is:

                                          DEFENDANT'S RESIDENCE

                           Defendant(s)   Plaintiff's Residence:
------------------------------------------ 7595 MONTEVIDEO RD
                                          JESSUP, MD 20794
         CONSUMER CREDIT TRANSACTION      County of HOWARD

To the above named defendant(s):

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve
a copy of your answer, or, if the complaint is not served with this summons
to serve a notice of appearance, on the Plaintiff's Attorney(s) within
TWENTY days after the service of this summons, exclusive of the day of
service (or within THIRTY days after the service is complete if this
summons is not personally delivered to you within the State of New York);
and in case of your failure to appear or answer, judgment will be taken
against you by default for the relief demanded herein.


Dated: Islandia, New York

                                          RUBIN & ROTHMAN, LLC
     FEBRUARY 16, 2017                    Attorneys for Plaintiff
                                          By: _____
                                              JACQUELINE TIERNEY
                                          1787 Veterans Highway
                                          Islandia, NY 11749
                                          (631) 234-1500


DEFENDANT(S) ADDRESS:

   DOMINIQUE CRUZ
   311 BEDFORD PARK BLVD   BRONX, NY 10458-2431

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
                       NYC DCA LIC. 2045512
Our File No. 1147472    X            4         88025-  1          Q    SQC 000


000004584959

-----------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-2

                              Plaintiff

        -against-                      COMPLAINT (ORIGINAL)

DOMINIQUE CRUZ

                           Defendant(s)
-----------------------------------------

Plaintiff, by its attorneys, complaining of the defendant(s), alleges:

               AS AND FOR A FIRST CAUSE OF ACTION

1. Defendant(s) resides in the county in which this action is brought; or transacted business in the county in which this action is brought in person or through an agent, or this cause of action arose out of said transaction. Plaintiff is not required to be licensed by the NYC Dept of Consumer Affairs because its principal business is not the collection of debts due to another nor is it a buyer of delinquent debt.
2. Plaintiff is a Delaware Statutory Trust formed under Del. Stat. Title 12 Section 3801.
3. Defendant(s) entered into a credit agreement with GMAC BANK for a student loan. The loan pool was first assigned to National Collegiate Funding, LLC (the "Depositor") and then assigned by the the Depositor to plaintiff. The loan was combined with other loans and securitized. All assignments occurred prior to default.

4. Defendant(s) failed to make the payments due pursuant to such agreement, and $ 56,543.02 is now due and owing to plaintiff from defendant(s).

               AS AND FOR A SECOND CAUSE OF ACTION

5. Defendant(s) accepted plaintiff's statements without objection.

6. By reason thereof, an account was stated between plaintiff and defendant(s) in the aforesaid amount.

WHEREFORE, plaintiff requests judgment against defendant(s) in the sum of $ 56,543.02 and the costs and disbursements of this action.

                                        RUBIN & ROTHMAN, LLC
FEBRUARY 16, 2017                        Attorneys for Plaintiff
                                        1787 Veterans Highway
                                        Islandia, NY 11749
                                        (631) 234-1500

Deponent is an attorney associated with Rubin & Rothman, LLC. To the best of deponent's knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the summons and complaint or the contentions therein are not frivolous as defined in section 130-1.-(c) of the Rules of the Chief Adm. and the matter was not obtained through illegal conduct or in violation of 22 NYCRR 1200.41-a (DR 7-111).

Dated:     FEBRUARY 16, 2017

                                                        JACQUELINE TIERNEY

2017 MAR -2 PM 2:19   BRONX COUNTY CLERK   RECEIVED

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
                     NYC DCA LIC. 2045512
Our File No. 1147472   X           5        88025-    1       Q     SQC 000

000004584959

SUPREME COURT OF THE STATE OF NEW YORK  
COUNTY OF BRONX  

Index No.  
Date Filed: _____

---

NATIONAL COLLEGIATE STUDENT LOAN  
TRUST 2007-2  

                                    Plaintiff  

-against-  

DOMINIQUE CRUZ  

                                    Defendant(s)  

---

**REDACTION COVER PAGE**

CHECK ALL THAT APPLY:

- [x] The document filed contains no confidential personal information, as defined in 22 NYCRR 202..5(e).
- [ ] The document filed is REDACTED in accordance with 22 NYCRR 202.5(e).
- [ ] The document filed is UN-REDACTED in accordance with 22 NYCRR 202.5(e).
- [ ] (a) The document filed contains SSN (as authorized by the order specified below).
- [ ] (b) The document filed contains confidential personal information as defined under 22 NYCRR 202.5(e) (as authorized by the order specified below).
- [ ] This document was previously filed REDACTED.  
  Date:
- [ ] This document was previously filed UN-REDACTED.  
  Date:
- [ ] The document filed seeks a remedy under 22 NYCRR 202.5(e)(2).
- [ ] The document filed seeks a remedy under 22 NYCRR 202.5(e)(3).
- [ ] Additional information:

---

**There is a previously filed order of the Court regarding this document:**  
◯ yes / ● no

- [ ] Date of order:
- [ ] Date order filed:
- [ ] Other identifying information for such order:

---

**The order of the Court is being filed with the redacted / un-redacted document:** ◯ yes / ● no

- [ ] Date of order:
- [ ] Other identifying information for such order:

---

Signature of filer: _Jacqui Ruiz_ (signature)  
Print Name: JACQUELINE TIERNEY  
Counsel appearing for: NATIONAL COLLEGIATE STUDENT LOAN  
Filer is Unrepresented / Pro se: ◯ yes / ● no  
Date: 2/16/2017

REDS2V032515

1147472                                         000004584959