# Exhibit B

1147472

## SUPREME COURT OF THE STATE OF NEW YORK: COUNTY OF BRONX

**FILED**

**AFFIDAVIT OF SERVICE**

APR 03 2017

BRONX COUNTY CLERK'S OFFICE



Job Number **226345**

Index no : **300518-17**
Date Index Number Purchased: **03/02/2017**

| Plaintiff(s): | NATIONAL COLLEGIATE STUDENT LOANTRUST 2007-2 |
|---|---|
| Defendant(s): | DOMINIQUE CRUZ |

STATE OF NEW YORK
COUNTY OF NEW YORK          ss.:



*226345*

**Steffe R Jean Baptiste**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK

On **03/28/2017** at **8:10 AM**, I served the within **SUMMONS; COMPLAINT** on **DOMINIQUE CRUZ** at **311 BEDFORD PARK BLVD, BRONX, NY 10458-2431** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Jane Doe** , **CO-OCCUPANT** of **DOMINIQUE CRUZ**, a person of suitable age and discretion. Said premises is **DOMINIQUE CRUZ's** usual place of abode within the state.

On **03/30/2017**, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to Defendant(s) and Defendant(s)'s last known residence, at **311 BEDFORD PARK BLVD, BRONX, NY 10458-2431** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof that the communication was from an attorney or concerns an alleged debt.

Comments: **REFUSED NAME**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 55 | 5ft4in-5ft8in | 131-160 lbs |
| Other Features: | | | | | |

### ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 03/30/2017 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS AND COMPLAINT IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT(S) AT DEFENDANT(S) 'S PLACE OF RESIDENCE AT 311 BEDFORD PARK BLVD, BRONX, NY 10458-2431 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Sworn to and subscribed before me on 03/30/2017

X_____

Steffe R Jean Baptiste
License#: 1426703
Bulldog Process Service LLC
118 East 28th Street Suite 307
New York, NY 10016
646-461-8386

Misha Beckford
Notary Public, State of New York
No. 01BE6349769
Qualified in King
Commission Expires 10/24/2020