Attorney(s)

Index #      **1:18-CV-01383-AT**

Purchased/Filed: February 15, 2018

State of New York

Court:        U. S. District

County:       Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Dominique Lacy

against

Rubin & Rothman LLC

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY )SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**        Approx. Age:    40 Yrs.

Weight:  160 Lbs.  Height:      5' 9"   Sex:  Female  Color of skin:    White

Hair color:  Blonde   Other:

_____ Robert Guyette _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on        March 13, 2018        , at   12:20 PM  , at the office of the

Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served
Summons & Complaint with Notice of Commencement of Action Subject to Mandatory Electronic Filing

on

### Rubin & Rothman LLC

the Defendant in this action, by delivering to and leaving with            Amy Lesch

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of        $40        dollars; That said service

was made pursuant to Section    LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

13th  day of        March 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

**Invoice·Work Order #** 1806801

Attorney File #   **Lacy**