```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINIQUE LACY,

                     Plaintiff,

     -against-

RUBIN & ROTHMAN LLC,
                    Defendant.
------------------------------------------------------------X

18 **CIVIL** 1383 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Memo Endorsed Order dated May 3, 2018, judgment is entered in favor of plaintiff Dominique Lacy as against defendant, in the total amount of $6,001.00, plus reasonable attorneys' fees and costs.

This judgment will act to release and discharge defendant from any and all claims that were or could have been alleged by plaintiff in this action.

**Dated:** New York, New York
          May 4, 2018

                                              **RUBY J. KRAJICK**

                                               **Clerk of Court**
                   **BY:**
                                               **Deputy Clerk**